MARGARETTA P. BARNES, Respondent, *v.* SARAH J. STOUGHTON et al., Appellants.

(Argued June 16, 1874; decided June 19, 1874.)

REPORTED below, 2 New York Supreme Court (T. & C.), 672.

*E. W. Stoughton* for the appellants.

*F. G. Salmon* for the respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.